January 30, 1981.

432 A.2d 257

Commonwealth v. Bailer, Sr., Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public

Defender, for appellant;  Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The order denying appellant's application for reconsideration of sentence is affirmed.